UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| **GARY REGESTER** | : | Bky. No. 11-10012 ELF |
| **JOYCE REGESTER** | : | |
| | : | |
| Debtors | : | |
| | : | |
| **MR. WIZARD CAR WASH, LLC** | : | Bky. No. 11-10017 ELF |
| | : | |
| Debtor | : | |
| | : | |
| **TUNNELL VISION, LLC** | : | Bky. No. 11-10020 ELF |
| | : | |
| Debtor | : | **JOINT ADMINISTRATION** |
| | : | **REQUESTED** |

## ORDER FOR JOINT ADMINISTRATION OF CASES

**AND NOW, this 3rd day of March 2011,** upon consideration of the Motions for Joint Administration of Cases (collectively, "the "Motions") filed by each Debtor in the above-captioned bankruptcy cases, and after notice and hearing, and there being no objection thereto, and it appearing that the joint administration of the above captioned cases is in the best interest of the Debtors and their estates;

It is hereby **ORDERED** that:

1. The Motions are **GRANTED**.

2. The Debtors' chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases.

4. The caption of the Debtors' jointly administered chapter 11 cases shall read as follows and the Debtors shall not be required to list further information beyond that set forth below:

*UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| *In re:* | : | CHAPTER 11 |
| | : | |
| *MR. WIZARD CAR WASH, LLC* | : | *Bky. No. 11-10017 ELF* |
| | : | |
| *TUNNELL VISION, LLC* | : | *Bky. No. 11-10020 ELF* |
| | : | |
| *GARY REGESTER* | : | *Bky. No. 11-10012 ELF* |
| *JOYCE REGESTER* | : | |
| *Debtors* | : | *JOINTLY ADMINISTERED* |
| | : | |

5. The Clerk of the Court is directed forthwith to make separate docket entries in each of the Debtors' respective chapter 11 cases as follows:

*An Order has been entered in this case directing the joint administration, for procedural purposes only, of the chapter 11 cases of Mr. Wizard Car Wash, LLC (Bky. No. 11-10017), Tunnell Vision, LLC (Bky. No. 11-10020) and Gary Regester and Joyce Regester (Bky. No. 11-10012). Hence forth, Mr. Wizard Car Wash, LLC (Bky. No. 11-10017) should be consulted for all matters affecting these cases.*

6. Effective immediately, all original docket entries shall be made in the case of **Mr. Wizard Car Wash, LLC (Bky. No. 11-10017)**, *EXCEPT* that all **PROOFS OF CLAIM** shall be filed in the case of the Debtor against whom the claim is asserted and the Clerk shall maintain **SEPARATE CLAIMS REGISTERS** for this purpose.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**