IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TUNNELL VISION, LLC, | : | BANKR. NO. 11-10020ELF |
| | : | |
| Debtor. | : | |

### ORDER CONVERTING CASE

AND NOW, this __10th__ day of November, 2011, upon consideration of the U. S. trustee's Motion to Convert to Chapter 7, and the Debtor's ~~response, if any,~~ *consent thereto*, it is now, therefore,

ORDERED, ADJUDGED and DECREED as follows:

1. The U. S. trustee's Motion to convert this case to Chapter 7 is GRANTED and this case is hereby converted to Chapter 7.

IT IS FURTHER ORDERED as follows:

2. Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intentions, of applicable, required by 11 U.S.C. § 521(1), (2).

3. The Debtor shall file all applicable statements, schedules and reports in a timely manner pursuant to FRBP 1019.

FURTHER, professionals employed by the Debtor are hereby directed to file an application for compensation within thirty days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over pre-petition retainers for which Court allowance has not been obtained, if applicable, to the appointed

Page 1 of 2

Chapter 7 Trustee.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge