IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 7

TUNNELL VISION LLC

            DEBTOR(S)                                     BANKRUPTCY NO. 11-10020ELF


## ORDER

AND NOW, this 22d day of Aug, 2012, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

[ ] If checked here, case to remain open until all parties are served Notice according to Rule 4004(g).


BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE